OPINION — AG — ** BOARD OF EQUALIZATION — FEDERAL FUNDS ** FEDERAL FUNDS RECEIVED BY AGENCIES OF STATE GOVERNMENT 'ARE' SUBJECT TO THE PROVISIONS OF OKLAHOMA CONSTITUTION, ARTICLE X, SECTION 23 (GOVERNMENT, GENERAL REVENUE FUND STATE BOARD OF EQUALIZATION, ESTIMATE OF FUNDS, SMITH V. STATE BOARD OF EQUALIZATION, BUDGET, APPROPRIATION, SPECIAL FUND, GRANTS) CITE: ARTICLE X, SECTION 23 (FEDERAL REVENUE SHARING FUNDS) (JOHN PAUL JOHNSON)